UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>                      Plaintiff,<br><br>   v.<br><br>CONTRACTORS NORTHWEST, INC., a Washington corporation, YELLOWSTONE PROPERTIES, LLC, an Idaho limited liability company, and HAAGENSON ENTERPRISES, INC., an Idaho corporation,<br><br>                      Defendants. | NO: 2:20-CV-0010-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is Plaintiff's Motion for Voluntary Dismissal of Yellowstone Properties, LLC Only (ECF No. 13). Because Defendant Yellowstone Properties, LLC has neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this Defendant. Fed. R. Civ. P. 41(a)(1)(A)(i).

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

All claims and causes of action against Defendant Yellowstone Properties, LLC <u>only</u> are **DISMISSED** without prejudice and without costs or fees to any party.

The District Court Executive is directed to enter this Order and furnish copies to counsel.

**DATED** March 10, 2020.



THOMAS O. RICE
Chief United States District Judge