# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>*Plaintiff*<br>v.<br>CONTRACTORS NORTHWEST INC., a Washington corporation.<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>Civil Action No. 2:20-CV-0010-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Liberty Mutual Insurance Company recover from the defendant *(name)* Contractors Northwest, Inc. the amount of One Hundred Eighty Thousand Two Hundred Thirty and 74/100 dollars ($ 180,230.74 ), which includes prejudgment interest at the rate of 0.00 %, plus post judgment interest at the rate of 0.12 % per annum, along with costs and attorney's fees in the amount of $10,314.10.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on the Plaintiff's Motion for Default Judgment ECF No. 21.

Date: October 1, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen