UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HAAGENSON ENTERPRISES, INC., an Idaho corporation,<br><br>　　　　　　　　　Defendant. | NO: 2:20-CV-0010-TOR<br><br>ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal (ECF No. 30). The stipulation was submitted for consideration without oral argument. The Court, having reviewed the file and the records therein, is fully informed.

The parties' stipulation provides that all of Plaintiff's claims against Defendant Haagenson Enterprises, Inc. have been fully settled and compromised and all claims may be dismissed with prejudice and without an award of costs or fees to any party pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without an award of costs or fees to any party.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED January 5, 2021.



THOMAS O. RICE
United States District Judge

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 2