AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br>*Plaintiff*<br>v.<br>HAAGENSON ENTERPRISES, INC.,<br>*Defendant* | ) ) ) ) ) <br><br>Civil Action No.  2:20-CV-0010-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation (ECF No. 30), all claims against Defendant Haagenson Enterprises, Inc. are dismissed with prejudice and without an award of costs or fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   THOMAS O. RICE   pursuant to the parties' stipulation and Rule 41(a)(1)(A)(ii).

Date:  January 5, 2021

CLERK OF COURT

SEAN F. McAVOY

s/ Bridgette Fortenberry
*(By) Deputy Clerk*

Bridgette Fortenberry